```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

JOHNNY LEE NICHOLS, JR.                                      PLAINTIFF

           v.                Civil No. 11-5282

STATE OF ARKANSAS, Benton
County Circuit Court, Division I;
CIRCUIT JUDGE ROBIN F. GREEN;
PUBLIC DEFENDER BRYNNA BARNICA;
JOHN DOE; PROSECUTOR VAN STONE;
PROSECUTOR JAY SAXTON; and
BRENDA DESHIELDS, Benton County Circuit Clerk        DEFENDANTS

## ORDER

    NOW on this 26th day of March 2012, comes on for consideration the Report and Recommendation (R&R) of the Magistrate Judge (document #10), filed on March 9, 2012, and the objections to the Report and Recommendation of the Magistrate Judge (document #11), filed on March 19, 2012.  The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1.  The plaintiff filed this civil rights action under the provisions of 42 U.S.C. § 1983 *in forma pauperis*.  Pursuant to 28 U.S.C. § 1915(e), the Court has the obligation to screen any complaint filed *in forma pauperis*.

    2.  In his R&R filed March 9, 2012 (document #10), U.S. Magistrate Judge James R. Marschewski, recommends that plaintiff's case be dismissed.

    3.  The plaintiff filed timely objections to the R&R.

    4.  After a review of the matter, the Court finds that plaintiff's objections offer nothing either in law or fact which

would warrant rejection of the R&R.  The objections of the plaintiff (document #11) will, therefore, be overruled and the R&R will be adopted *in toto*.

**IT IS THEREFORE ORDERED**

* that the objections of the plaintiff (document #11) to the **Report And Recommendation** of the Magistrate Judge should be, and they hereby are, **overruled**; and

* that the **Report and Recommendation of the Magistrate Judge** (document #10) should be, and it hereby is, **adopted *in toto***.

**IT IS FURTHER ORDERED** that the complaint be dismissed in its entirety because the claims asserted are frivolous or are asserted against individuals immune from suit.  28 U.S.C. § 1915(e)(2)(B)(I-iii).  The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g) and the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED.**

                                             /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE